450 A.2d 1042

Commonwealth v. Supples, a/k/a Laue, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted November 10, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.